James P. McGRANERY, Attorney General as Successor to the Alien Property Custodian, Plaintiff-Appellee, v. AGENCY OF CHARTERED BANK OF INDIA, AUSTRALIA AND CHINA, Defendant-Appellant.

No. 129, Docket 22494.

United States Court of Appeals
Second Circuit.

Argued Jan. 15, 1953.

Decided Jan. 30, 1953.

Duer, Strong & Whitehead, New York City, Harry H. Wiggins and Harman Hawkins, New York City, of counsel, for defendant-appellant.

Rowland F. Kirks, Asst. Atty. Gen., Myles J. Lane, U. S. Atty., New York City, and James D. Hill, George B. Searls and Westley W. Silvian, Attorneys, Department of Justice, Washington, D. C., for plaintiff-appellee.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of the court below. McGrath v. Agency of Chartered Bank of India, etc., D.C., 104 F.Supp. 964.